PER CURIAM.
AFFIRMED on the authority of B.P. v. State,. 588 So.2d 39 (Fla. 5th DCA 1991) (certifying conflict); A.A. v. Rolle, 580 So.2d 282 (Fla. 3d DCA 1991) (certifying conflict); W.G.P. v. State, 586 So.2d 498 (Fla. 1st DCA 1991) (certifying conflict); T.T. v. State, 583 So.2d 736 (Fla. 1st DCA 1991) (certifying conflict); In the Interest of R.A., 575 So.2d 807 (Fla. 4th DCA 1991) (certifying conflict); contra, T.D.L. v. Chinault, 570 So.2d 1335 (Fla. 2d DCA 1990).
COWART, HARRIS and DIAMANTIS, JJ., concur.